**United States District Court**
**District of Nevada**

# NOTICE

### Contact the U.S. Probation Office Today



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL 24

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the United States Probation Office, or report in person within 24 hours to:

**United States Probation Office**
**Foley Federal Building**
**300 South Las Vegas Boulevard, Suite 1200**
**Las Vegas, Nevada 89101-5833**
**(702) 527-7300**

(Directly across the street from the Lloyd D. George Courthouse & Federal Building)

Once you report to the United States Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the United States Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

2:12-CR-478-JAD-VCF
Case Number

Nicholas Collado
Defendant

Gabriel Grasso
Attorney of Record

7-24-14
Date of plea/verdict

11-3-14 @ 11:00 a.m.
Date and time of Sentencing

Pink to defendant
White to court file
Yellow to U.S. Probation Office

☑ Defendant on bond
☐ Defendant in custody

F:\NOTICE Contact Prob Ofc rev 3-10.wpd